Submitted on record and briefs February 1, reversed and remanded
March 19, 2008

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

TYRONE ALBERT GREY BROWN, JR.,
aka Tyrone Albert Brown,
*Defendant-Appellant.*

Multnomah County Circuit Court
050734511; A132967

180 P3d 135

Peter Gartlan, Chief Defender, Legal Services Division, Office of Public Defense Services, and Kristin Carveth, Deputy Public Defender, filed the briefs for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Paul L. Smith, Assistant Attorney-in-Charge, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Wollheim and Sercombe, Judges.

PER CURIAM

Reversed and remanded. *State v. Marroquin*, 215 Or App 330, 168 P3d 1246 (2007).